UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24682-CIV-ALTONAGA/Reid

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**N & L AVENTURA LLC,
d/b/a NINI & LOLI, a Florida
limited liability company**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff and Defendant, through their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days to finalize their settlement agreement and to file the necessary dismissal document.

    DATED: January 31, 2024.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: duranandassociates@gmail.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**GS2 LAW, PLLC**
Counsel for Defendant
20803 Biscayne Blvd., #405
Aventura, Florida 33180
T. 305/780-5212
E-Mail: jk@gs2law.com


By: __/s/Joshua C. Kligler_____
　　　JOSHUA KLIGLER
　　　Fla. Bar No. 69397