UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-24682-CIV-ALTONAGA/Reid

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**N & L AVENTURA LLC,
d/b/a NINI & LOLI, a Florida
limited liability company**,

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Civil Procedure FERNANDEZ, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  February 20, 2024

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of February, 2024, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Joshua C. Kliger, Esq.
GS2 LAW, PLLC
20803 Biscayne Boulevard, Suite 405
Aventura FL  33180
(305) 780-5215
Jk@gs2law.com

*Counsel for Defendant*
*N & L AVENTURA LLC*
*d/b/a NINI & LOLI*

　　　　　　　　　　　　　　　　/s/ *Roderick V. Hannah*
　　　　　　　　　　　　　　　　　　　Roderick V. Hannah